

# NUMBER 13-24-00316-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF E.J.C., A CHILD

## ON APPEAL FROM THE 24TH DISTRICT COURT
## OF DEWITT COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Tijerina and Peña**
**Memorandum Opinion by Justice Tijerina**

This cause is before the Court on its own motion. On June 17, 2024, the Clerk of the Court notified appellant that the appeal has not been timely perfected, so that steps could be taken to correct the defect, if it could be done. Appellant was advised that, if the defect was not corrected within ten days from the date of the Court's letter, the appeal would be dismissed.

The Court, having examined and fully considered the documents on file and appellant's failure to timely perfect his appeal, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is hereby dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a)(c).

JAIME TIJERINA
Justice

Delivered and filed on the
29th day of August, 2024.